DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JEFFRA JETZIEL DEJESUS-CIRINO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0465

_____

May 1, 2024

Appeal from the Circuit Court for Hillsborough County; Nick Nazaretian and Robin F. Fuson, Judges.

Bryant R. Camareno of Bryant R. Camareno, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin, Senior Assistant Attorney General, Tampa; and Clara V. Murga, Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.